UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB - 8 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Citations PO534526 & PO534527 |
| v. | ) | Case No. PO-08-001-CI |
| | ) | |
| JAMES BOHN, | ) | **PETTY OFFENSE** |
| Defendant. | ) | **JUDGMENT FORM** |
| | ) | |

Following the bench trial of January 11, 2008, which was continued to February 8, 2008, the defendant was found Guilty on Count 1 (PO534526) and Count 2 (PO534527).

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.32(c)(2) | Interfering with agency function | 8/24/07 | 1 |
| 36 CFR 4.2(a) | Failure to wear motorcycle helmet | 8/24/07 | 2 |

The Court Sentenced Defendant as follows:

**Ct. 1**: $150 TOTAL (including fees & assessment). $150 will be **SUSPENDED** if defendant has no additional charges within the next six months.

**Ct. 2**: $60 TOTAL (including $25 collection fee and $10 special assessment).

Special Conditions:

Payment is STAYED for 30 days pending possible appeal of this matter.

_Feb. 8, 2008_
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

_Feb. 8, 2008_
_____
Date Signed